**E-FILED on**   8/6/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG EMPEY,<br><br>       Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION;<br>MBNR, INC., and DOES 1 through 20,<br>inclusive,<br><br>       Defendants. | No. C-10-2629 RMW<br><br>ORDER DENYING COSTCO WHOLESALE CORPORATION'S MOTION TO DISMISS<br><br>**[Re Docket No. 20]** |

    Defendant Costco Wholesale Corporation's motion to dismiss came on for hearing before the court on August 6, 2010. Having considered the parties' papers and argument at hearing, defendant's motion is denied.

DATED:    8/6/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge