UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 9/22/10*

Greg Empey

                              CASE NO. CV-10-2629 RMW

        Plaintiff(s),

    v.                               STIPULATION AND [XXXXXXXXXX

Costco Wholesale Corporation; MBNR, Inc.    ORDER SELECTING ADR PROCESS

        Defendant(s).

_____ /

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓       Private ADR *(please identify process and provider)* JAMS San Francisco.
Mediation before Hon. Edward A. Infante (Ret.) scheduled for Thursday, September 23, 2010.

The parties agree to hold the ADR session by:
✓       the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 9/15/10

                                                    Attorney for Plaintiff

Dated: 9/15/2010

                                                    Attorney for Defendant

9/15/2010

                                                    Attorney for Defendant
                                                    Costco Wholesale Corp.

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[ XXXXXXXXX ] **ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
     X Private ADR

    Deadline for ADR session
        X 90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated: 9/22/10

*Ronald M. Whyte*

UNITED STATES DISTRICT   JUDGE